1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

MARTIN E. SARMIENTO,                    )     NO. CV 14-02280-AS
                                        )
12                                      )
              Plaintiff,                )
13                                      )     **JUDGMENT**
         v.                             )
14                                      )
CAROLYN W. COLVIN,                      )
15  Acting Commissioner of Social       )
    Security,                           )
16                                      )
                                        )
17            Defendant.                )
_____)
18

19     IT IS HEREBY ADJUDGED that the decision of the Commissioner of the

20  Social Security Administration is reversed in part and the matter is

21  remanded for further administrative action consistent with the Opinion

22  filed concurrently herewith.

23

24     DATED:  August 20, 2015.

25

26                                              /s/
                               _____
27                                      ALKA SAGAR
                               UNITED STATES MAGISTRATE JUDGE
28